DAVID M. HANCOCK, Respondent, v. PENNSYLVANIA COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.